# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| United States of America<br>vs.<br>John ~~[redacted]~~ SIMPSON  08 | Case No. 1:12-CR-00291 08 ~~[redacted]~~ |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____John Simpson____, have discussed with ____Dan Stark____, Pretrial Services Officer, modifications of my release conditions as follows:

Effective April 18, 2013, due to successful completion of inpatient drug treatment, vacate the conditions of release placing the defendant in the third party custody of WestCare California, Inc., and requiring his participation in residential substance abuse treatment.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signed]_  4/22/13            _[signed]_  04/22/2013
Signature of Defendant  Date         Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signed]_            4/22/13
Signature of Assistant United States Attorney         Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signed]_            4/22/13
Signature of Defense Counsel         Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  4/22/13
[ ] The above modification of conditions of release is not ordered.

_[signed]_            4/22/13
Signature of Judicial Officer         Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services