Mark A. Broughton #79822
HAMMERSCHMIDT BROUGHTON
LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Phone: (559) 233-5333
Fax: (559)233-4333

Attorneys for Defendant,
JOHN SIMPSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN SIMPSON,<br><br>Defendant. | Case No.: 1:12-CR-00291-AWI-BAM<br><br>**STIPULATION TO CONTINUE JURY TRIAL AND EXTEND BRIEFING SCHEDULE AND ORDER.** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the Jury Trial currently scheduled for Tuesday, May 6, 2014, at 8:30 am, be continued to Tuesday, **July 29, 2014 at 8:30 am** in Courtroom Two; and the trial confirmation hearing currently set for April 21, 2014 at 10:00 am in Courtroom 2, be continued to **July 14, 2014 at 10:00 am** in Courtroom Two, and the briefing schedule be continued as follows:

The hearing to consider motions in limine will be held on **July 14, 2014, at 10:00 am** in Courtroom Two. In addition to addressing any filed motions in limine, at the time the court will conduct a trial confirmation hearing and, to the extent possible, address any other outstanding matters pertaining to the conduct of the trial, and to the extent necessary, conduct the jury instruction conference.

1  By 4:00 pm on **June 16, 2014**, all motions in limine, with supporting points and authorities, shall be filed and served.

   By 4:00 pm on **June 30, 2014**, opposition to any motion in limine shall be filed and served. If a party does not oppose a motion in limine, that perty shall file and serve in the same manner a Statement of Non-Opposition to that motion in limine.

   By 4:00 pm on **July 2, 2014**, replies to any opposition shall be filed and served.

   **By 4:00 p.m. on July 2, 2014, joint proposed jury instructions and a verdict form shall be filed and served.**

   All parties are directed to file and serve a trial brief by 4:00 pm on Wednesday, **July 23, 2014**. The United States shall also file and serve its witness list at that date and time. The parties shall file and serve proposed voir dire questions, if any, by that date and time as well.

   This continuance is requested by counsel for Defendant SIMPSON, due to the fact that the parties are continuing to pursue settlement options and it appears that the case may settle short of trial. In addition, Mr. SIMPSON's father recently passed away and a memorial service is to take place at or about the time of the currently set trial date.

   Counsel for Defendant has spoken with Assistant U. S. Attorney, Kathleen Servatius, who has no objection to this continuance.

   The parties agree that time shall be excluded from the filing of the motions through the hearing date on July 28, 2014, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

Dated: April 15, 2014.

/s/ Mark A. Broughton
MARK A. BROUGHTON
Attorney for Defendant
JOHN SIMPSON

Dated: April 15, 2014.

/s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   April 17, 2014

_____
SENIOR  DISTRICT  JUDGE