Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Widner, #284512
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel:  (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant JOHN SIMPSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No.: 1:12-CR-00291-AWI-BAM |
| Plaintiff,                                        ) | |
| vs.                                                  ) | **JOINT STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| JOHN SIMPSON,                              ) | |
| Defendant.                                    ) | |

　　　IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant John Simpson, and Kathleen Servatius, Assistant United States Attorney, that the Sentencing Hearing set for December 15, 2014 be continued to January 19, 2015.

　　　The continuance is requested by counsel for the Defendant due to the fact that a medical appointment with a specialist has become available for Mr. Simpson. He has been waiting six months for this appointment to become available.

　　　Counsel for Defendant has spoken to the Assistant U.S. Attorney, Kathleen Servatius, who has no objections to this continuance.

1

IT IS SO STIPULATED.

DATED:  December 12, 2014           /s/ Kathleen A. Servatius
                                    KATHLEEN A. SERVATIUS
                                    Assistant United States Attorney

DATED:  December 12, 2014           /s/Mark A. Broughton
                                    MARK A. BROUGHTON
                                    Attorney for JOHN SIMPSON

## ORDER

The Sentencing Hearing as to John Simpson currently set for December 15, 2014, is continued to **January 26, 2015**, at 10:00a.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   December 12, 2014          _____
                                    SENIOR  DISTRICT  JUDGE