Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Widner, #284512
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel:  (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant JOHN SIMPSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No.: 1:12-CR-00291-AWI-BAM |
| Plaintiff,      ) | |
| )  | **STIPULATION AND ORDER** |
| vs.      ) | **TO CONTINUE SENTENCING** |
| )  | |
| JOHN SIMPSON,      ) | |
| Defendant.      ) | |
| )  | |

IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant John Simpson, and Kathleen Servatius, Assistant United States Attorney, that the Sentencing Hearing set for January 26, 2015 at 10:00 a.m., be continued to February 23, 2015 at 10:00 a.m.

The continuance is requested by counsel for the Defendant due to the fact that a medical procedure has been scheduled for Mr. Simpson.

Counsel for Defendant has spoken to the Assistant U.S. Attorney, Kathleen Servatius, who has no objections to this continuance.

IT IS SO STIPULATED.

DATED: January 23, 2015 /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney

DATED: January 23, 2015 /s/Mark A. Broughton
MARK A. BROUGHTON
Attorney for JOHN SIMPSON

**ORDER**

IT IS SO ORDERED.

Dated:  January 23, 2015

SENIOR DISTRICT JUDGE